No. 469. LAYTON ET AL. *v.* SELB MANUFACTURING CO. ET AL., *ante,* p. 929;

No. 471. MILLER *v.* UDALL, SECRETARY OF THE INTERIOR, *ante,* p. 929;

No. 486. JOS. SCHLITZ BREWING CO. *v.* UNITED STATES ET AL., *ante,* p. 37;

No. 505. BADGLEY ET AL. *v.* HARE, SECRETARY OF STATE OF MICHIGAN, ET AL., *ante,* p. 114;

No. 509. DEVERS *v.* CAPITAL INVESTORS CO. ET AL., *ante,* p. 934;

No. 524. IZZI *v.* REZZOLLA ET AL., *ante,* p. 934;

No. 559. DRISCOLL *v.* TOLEDO BLADE CO., *ante,* p. 948;

No. 565. HIATT *v.* SAN FRANCISCO NATIONAL BANK ET AL., *ante,* p. 948;

No. 800. FORTSON, SECRETARY OF STATE OF GEORGIA *v.* MORRIS ET AL., *ante,* p. 231;

No. 169, Misc. GUY *v.* TAHASH, WARDEN, ET AL., *ante,* p. 12;

No. 174, Misc. MORFORD *v.* FOGLIANI, WARDEN, *ante,* p. 963;

No. 220, Misc. BAILEY *v.* YOUNG MEN'S CHRISTIAN ASSOCIATION OF METROPOLITAN ATLANTA, INC., *ante,* p. 868;

No. 394, Misc. BANDY *v.* UNITED STATES ATTORNEY GENERAL, *ante,* p. 956;

No. 439, Misc. GEMMEL *v.* BUCHKOE, WARDEN, *ante,* p. 962;

No. 507, Misc. JONES *v.* MANCUSI, WARDEN, *ante,* p. 992;

No. 620, Misc. BOYDEN *v.* UNITED STATES, *ante,* p. 978;

No. 692, Misc. HILLIARD *v.* TEXAS, *ante,* p. 941;

No. 711, Misc. HAGINS *v.* REDEVELOPMENT COMMISSION OF GREENSBORO, *ante,* p. 952; and

No. 786, Misc. OOSTERWYK *v.* COUNTY OF MILWAUKEE ET AL., *ante* p. 981. Petitions for rehearing denied.